

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-27-2007

# In Re: Basem Allan

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-2681

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"In Re: Basem Allan " (2007). *2007 Decisions*. Paper 683.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/683

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 07-2681
_____

IN RE: BASEM ALLAN,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to E.D. Pa. Crim. No. 95-cr-00578-02 & E.D. Pa. Civ. No. 99-cv-04469)

_____

Submitted Under Rule 21, Fed. R. App. P.
July 13, 2007
Before:    SCIRICA, CHIEF JUDGE, WEIS and GARTH, CIRCUIT JUDGES
Filed     July 27, 2007

_____

OPINION
_____

PER CURIAM.

Pro se petitioner Basem Allan seeks a writ of mandamus to compel the

United States District Court for the Eastern District of Pennsylvania to rule on his 28

U.S.C. § 2255 motion to vacate.  On June 15, 2007, the District Court entered an order

adopting the Magistrate Judge's report and recommendation and denying petitioner's

1

motion to vacate.  Therefore, we will deny the petition for writ of mandamus as moot.